# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00324-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SALVADOR CORREA,
2. MOISES GALINDO,
3. NATHAN EDWARD ARMIJO, and
4. CARMELITA ARCHULETA,

      Defendants.

## MINUTE ORDER[1]

      On **August 29, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant Armijo's **Unopposed Motion For Ends of Justice Continuance of Trial and Deadline For Filing Non-CJA Motions** [#60][2] filed August 21, 2012. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: August 21, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.