PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
) Case No. 12-cr-00324-REB-04
CARMELITA ARCHULETA )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Carmelita Archuleta, have discussed with Laura D. Ansart, Probation Officer, modification of my release as follows:

1) The defendant shall undergo a mental health assessment and participate in any recommended treatment as directed by the supervising officer.

I consent to the modification of my release conditions and agree to abide by this modification.

_____ 10/12/12    _____ 10/12/12
Signature of Defendant   Date        Probation Officer         Date

I have reviewed the condition with my client and concur that the modification is appropriate.

_____              10/14/2012
Signature of Defense Counsel         Date

_____              10/15/2012
Signature of Assistant U.S. Attorney Date

[X] The above modification of conditions of release is ordered, to be effective on October 22, 2012

[ ] The above modification of conditions of release is not ordered.

_____              October 22, 2012
Signature of Judicial Officer        Date

**MICHAEL J. WATANABE**
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO