**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00324-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVADOR CORREA,
2. MOISES GALINDO,
3. **NATHAN EDWARD ARMIJO**, and
4. CARMELITA ARCHULETA,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on **Defendant Armijo's Motion for Pretrial Notice of 404(b) Evidence** [#87][1] filed January 3, 2013. The government filed a response [#97].

Mr. Armijo requests pretrial notice and particulars of intrinsic and extrinsic evidence. The government does not intend to introduce evidence under Fed. R. Evid. 404(b). *See* Consolidated Response [#97] at 5, ¶ 10.

The representations of the government moot the request for pretrial notice of extrinsic evidence under Rule 404(b). Additionally, Mr. Armijo is not entitled to intrinsic evidence beyond that which may be included within discovery to which he is otherwise entitled. Thus, as to intrinsic evidence, the motion should be denied, and as to extrinsic evidence, the motion should be denied as moot.

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Armijo's Motion for Pretrial Notice of 404(b) Evidence** [#87] filed January 3, 2013, is **DENIED** in part and **DENIED AS MOOT** in part:

    A. That the motion is denied insofar as it requests pretrial notice of intrinsic evidence; and

    B. That the motion is denied as moot insofar as it requests pretrial notice of evidence under Fed. R. Evid. 404(b).

Dated March 26, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge