IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00324-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVADOR CORREA,
2. MOISES GALINDO,
3. NATHAN EDWARD ARMIJO, and
4. CARMELITA ARCHULETA,

    Defendants.

---

## MINUTE ORDER[1]

---

    On April 8, 2013, the court conducted a telephonic setting conference to set this case for a scheduling/setting conference. After conferring with the parties, and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **April 23, 2013**, commencing at 1:30 p.m., the court shall conduct the scheduling/setting conference; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Moises Galindo's appearance for this hearing.

    Dated: April 8, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.